**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JUAN CARLOS LOPEZ TREJOS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2447-R** |
| | ) | |
| **MARKWAYNE MULLIN et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Mr. Lopez Trejos failed to object to Judge Erwin's Recommendation [Doc. No. 9] that the Court dismiss his Petition without prejudice to refiling. So the Court DISMISSES the Petition. Mr. Lopez Trejos may refile the Petition as a new case and cure the deficiencies identified in prior orders.

IT IS SO ORDERED this 10th day of November, 2026.

David L. Russell
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**